IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIDA CASTILLO, | ) | 8:09CV324 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC HOLDER, JANET NAPOLITANO, | ) | |
| JOHN T. MORTON, and GREG JENSEN, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

After consultation with counsel,

IT IS ORDERED that the parties will each submit a brief regarding the petitioner's request for a temporary restraining order by the close of business on Friday, September 18, 2009.

The clerk of the court is directed to forward a copy of this order to Assistant United States Attorney Laurie M. Barrett.

DATED this 15th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge