IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIDA CASTILLO, | ) | 8:09CV324 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC HOLDER, | ) | |
| JANET NAPOLITANO, | ) | |
| JOHN T. MORTON, and | ) | |
| GREG JENSEN, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that the petitioner's motion for reconsideration (filing 18) is denied.

September 23, 2009.        BY THE COURT:

*Richard G. Kopf*
United States District Judge